1  Mark C. Wenzel, Esq.
   Nevada State Bar No. 5820
2  BRADLEY, DRENDEL & JEANNEY
   P.O. Box 1987
3  Reno, NV 89505
   Telephone No. (775) 335-9999
4  Facsimile No. (775) 335-9993
   *Attorney for Plaintiff*
5

6               UNITED STATES DISTRICT COURT

7                    DISTRICT OF NEVADA

8

9  MICHAEL MOORE, an individual,            Case No. 3:24-CV-00344-MMD-CSD

10          Plaintiff,

11  v.

12  CVS PHARMACY #6625, D/B/A NEVADA CVS
    PHARMACY, LLC. A Nevada limited liability
13  company; LN DAMONTE RANCH TOWN
    CENTER, LLC, A foreign limited liability
14  company doing business in Nevada; ABC
    CORPORATIONS I-X, BLACK AND WHITE
15  COMPANIES I-X; and JOHN DOES I-X,
16  inclusive,

17          Defendants.
                                              /
18

19  **STIPULATION AND ORDER FOR LEAVE TO AMEND THE COMPLAINT CAPTION**

20      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, and through

21  their respective counsel, that the caption in this matter will be amended to reflect the correct defendant's

22  name as: NEVADA CVS PHARMACY, LLC., A Nevada limited liability company.

23

24  / /

25  / /

26  / /

27

28

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

DATED this 31st day of March, 2025.

BRADLEY, DRENDEL & JEANNEY

/s/ Mark C. Wenzel

Mark C. Wenzel, Esq.
Nevada State Bar No. 5820
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
**Attorney for Plaintiff**

DATED this 31st day of March, 2025.

MESSNER REEVES, LLP

/s/ Eran S. Forster

Renee M. Finch, Esq.
Nevada State Bar No. 13118
Eran S. Forster, Esq.
Nevada State Bar No. 11124
MESSNER REEVES, LLP
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
**Attorneys for Defendant Nevada CVS Pharmacy, LLC.**

**ORDER**

Dated this 31st day of March, 2025.

_____
U.S. MAGISTRATE JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999