1  **SODW**
   CHRISITNA A. MUNDY
2  Nevada Bar No. 13181
   MESSNER REEVES LLP
3  8945 West Russell Road, Suite 300
   Las Vegas, Nevada 89148
4  Telephone:     (702) 363-5100
   Facsimile:     (702) 363-5101
5  E-mail: cmundy@messner.com
   *Attorney for Defendant*
6  *CVS Pharmacy #6625 dba Nevada CVS Pharmacy, LLC*

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9

10  MICHAEL MOORE, an individual,          Case No.  3:24-CV-00344- MMD-CSD

11                Plaintiff,               **ORDER GRANTING**
12  vs.                                    **STIPULATION FOR DISMISSAL**
                                           **WITH PREJUDICE**
13  CVS PHARMACY #6625, dba NEVADA CVS
    PHARMACY, LLC, a Nevada Limited Liability
14  Company; LN DAMONTE RANCH TOWN
    CENTER, LLC, a foreign limited liability company
15  doing business in Nevada; ABC CORPORATIONS
    I-X; BLACK AND WHITE I-X COMPANIES I-X;
16  and JOHN DOES I-X, inclusive
17
                  Defendants.
18

19          IT IS HEREBY STIPULATED between Defendants, by and through counsel of
20
    record, Christina M. Mundy, of MESSNER REEVES, LLP, and Plaintiff, by and through counsel
21
    of record, Mark C. Wenzel, Esq., BRADLEY, DRENDEL & JEANNEY, LTD, that the above-
22
    entitled matter be dismissed with prejudice, with each of the parties to pay their own attorneys' fees
23
    and costs incurred herein.
24

25

26

27

28

{08693196 / 1}                          1

1    IT IS FURTHER STIPULATED that no trial is currently scheduled.

2
3    DATED this _____ day of August, 2025.    DATED this _12th_ day of August, 2025.

4    MESSNER REEVES LLP    BRADLEY, DRENDEL & JEANNEY, LTD.

5
6    _____    _____
     CHRISTINA M. MUNDY, ESQ.    Mark C. Wenzel, Esq. NBN 5820
7    Nevada Bar No. 13181    BRADLEY, DRENDEL & JEANNEY,
     MESSNER REEVES LLP    LTD.
8    8945 West Russell, Suite 300    6900 S. McCarran Blvd., Suite 2000
     Las Vegas, Nevada 89148    Reno, Nevada 89509
9    *Attorneys for Defendant*    *Attorneys for Plaintiff*

10
11    IT IS SO ORDERED

12    DATED this 13th day of August, 2025.

13
14    _____
15    Miranda M. Du, U.S. District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28